PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMINDER SINGH,<br><br>            Plaintiff,<br><br>      v.<br><br>USCIS, ET AL.,<br><br>            Defendants. | CASE NO. 2:24-CV-01938-CKD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR FIRST EXTENSION OF TIME |

    The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiff does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application, which he filed in 2014. USCIS has scheduled Plaintiff's asylum interview for December 5, 2024. The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiff's application, and USCIS anticipates it will do so within 120 days following the successful complete of Plaintiff's asylum interview.

/ / /

/ / /

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is April 4, 2025.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  September 17, 2024

        PHILLIP A. TALBERT
        United States Attorney

By: /s/ ELLIOT C. WONG
     ELLIOT C. WONG
     Assistant United States Attorney

Dated: September 17, 2024

/s/ JOSEPH SIGUENZA
JOSEPH SIGUENZA
Counsel for Plaintiff

[~~PROPOSED~~] ORDER

It is so ordered.

Dated:  September 23, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
singh24cv1938.stip.425

2